IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MONIQUE L. CHAMBERS,

    Plaintiff,

v.                                                        C.A. NO. 3:13-CV-746-BH

ONMO, INC. d/b/a MASSAGE ENVY CASA
LINDA and WALTZ CHAN and WILSON CHAN,

    Defendants.
_____/

## JOINT ESTIMATE OF TIME NEEDED FOR TRIAL
## AND STATUS REPORT

    Plaintiff, MONIQUE L. CHAMBERS, and Defendants,, ONMO, INC. d/b/a MASSAGE ENVY CASA LINDA and WALTZ CHAN and WILSON CHAN, by and through their undersigned counsel, hereby respond to the Order issued by this Court on November 13, 2013 (Doc. 16), directing the parties to jointly submit to the court an estimate of the time that party needs to complete the presentation of testimony in this case and a Joint Status Report concerning the progress of settlement negotiations, and states:

**The Parties estimate that they will require one day for trial.**

**The Parties have been engaged in settlement discussions, but have not yet reached a settlement.**

    Respectfully submitted this 11th day of June, 2014.

*/S/ CHARLES L. SCALISE*
Charles L. Scalise
State Bar Number: 24064621
**Ross Law Group**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
charles@rosslawgroup.com

ATTORNEY FOR PLAINTIFF

*/S/ KEVAN I. BENKOWITZ*
Kevan I. Benkowitz
Texas State Bar No.: 24036213
**Law Offices of Kevan I. Benkowitz, PC**
5600 Tennyson Pkwy, Suite 382
Plano, Texas 75024
972-712-1221 Telephone
972-712-1331 Facsimile

ATTORNEY FOR DEFENDANTS