IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MONIQUE L. CHAMBERS,

    Plaintiff,

v.                                                  C.A. NO. 3:13-CV-746-BH

ONMO, INC. d/b/a MASSAGE ENVY CASA
LINDA and WALTZ CHAN and WILSON CHAN,

    Defendants.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, MONIQUE L. CHAMBERS, and Defendants, ONMO, INC. d/b/a MASSAGE ENVY CASA LINDA and WALTZ CHAN and WILSON CHAN, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims asserted in this action, with prejudice, all Parties bearing their own attorney's fees and costs.

Respectfully submitted this 18th day of September, 2014.

                                                       */s/ Charles L. Scalise*
                                                       **CHARLES L. SCALISE**
                                                       Texas Bar No. 24064621
                                                       Attorney-in-Charge
                                                       **DANIEL B. ROSS**
                                                       Texas Bar No. 00789810

**ROSS LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawgroup.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Kevan I. Benkowitz*
**KEVAN I. BENKOWITZ**
Texas Bar No. 24036213
Attorney-in-Charge
**Law Offices of Kevan I. Benkowitz, P.C.**
**5600 Tennyson Pkwy, Suite 382**
**Plano TX  75024**
(972) 712-1221 Telephone
(972) 712-1331 Facsimile
**ATTORNEYS FOR DEFENDANT**

NOTICE OF DISMISSAL WITH PREJUDICE